UNITED STATES of America, Appellant, v. CHARLES S. HOWARD COMPANY, a Corporation, and Southern California Edison Company, a Corporation, Appellees.

No. 6422.

Circuit Court of Appeals, Ninth Circuit.

Sept. 11, 1931.

Samuel W. McNabb, U. S. Atty., and Ignatius F. Parker, Asst. U. S. Atty., both of Los Angeles, Cal., and J. F. Lawson, Sp. Asst. to U. S. Atty., of Washington, D. C., for the United States.

Milton T. Farmer, A. E. Chandler, Philip M. Angell, Orville R. Vaughn, Erwin C. Easton, and Athearn, Chandler & Farmer, and Frank R. Devlin, all of San Francisco, Cal., for appellee Chas. S. Howard Co.

Edward F. Treadwell, of San Francisco, Cal., for appellee Southern California Edison Co.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

WILBUR, Circuit Judge.

This is a companion case to United States v. Central Stockholders' Corporation of Vallejo, a Corporation, and Southern California Edison Company, a Corporation (C. C. A.) 52 F.(2d) 322, decided August 29, 1931, and on the authority of that case the decree of dismissal is amended to provide that the dismissal is without prejudice to the proprietary rights of the United States in and to its public lands and water rights appurtenant thereto, and as thus modified is affirmed.